UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED 12/16/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

PHILLIP G. MCKNIGHT

CASE NO. 3:08-cr-433-J-34HTS
18 U.S.C. §641

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about January 1, 2007 until on or about February 20, 2008, at or near Mayport, Florida, in the Middle District of Florida,

PHILLIP G. MCKNIGHT

the defendant herein, did knowingly and willfully embezzle, steal and convert to his own use and the use of another, property of the United States and a department and agency thereof, namely, military-grade ship-to-shore cables belonging to the Department of the Navy, of a value of approximately $10,000.

In violation of Title 18, United States Code, Section 641.

A. BRIAN ALBRITTON
United States Attorney

By: _____
RONALD D. DESANTIS
Special Assistant United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division